**DISMISS; Opinion Filed April 11, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00935-CV

## MICHAEL HALLER, HHT LIMITED LLC, AND NRG & ASSOCIATES, LLC
**Appellants**
**V.**
## MIDWAY COLLECTIONS/NATIONWIDE RECOVERY SYSTEMS, Appellee

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-05267-2011**

## MEMORANDUM OPINION
Before Justices FitzGerald, Fillmore, and Evans
Opinion by Justice Evans

The clerk's record in this case is overdue. Our records show that by letter dated August 16, 2013, we notified appellants that the Court had received notice the clerk's record had not been filed because appellants had not paid or made arrangements to pay for the clerk's record. We directed appellants to file written verification of payment or arrangements to pay for the clerk's record within ten days. Thereafter, we received two letters from appellants regarding payment for the clerk's record. The latter of these letters, dated October 8, 2013 indicated the record had been paid for, but the District Clerk was not able to verify the payment and that appellants needed "to run a report to find the check." By letter dated March 21, 2014, we again notified appellants regarding the past due clerk's record. We again cautioned appellants that if we did not receive written verification of payment for the clerk's record within ten days, we

would dismiss the case without further notice.  To date, the clerk's record has not been filed and appellants have not provided the required documentation regarding the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/David Evans/
DAVID EVANS
JUSTICE

130935F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MICHAEL HALLER, ET AL., Appellants

No. 05-13-00935-CV      V.

MIDWAY
COLLECTIONS/NATIONWIDE
RECOVERY SYSTEMS, Appellee

On Appeal from the 219th Judicial District
Court, Collin County, Texas
Trial Court Cause No. 219-05267-2011.
Opinion delivered by Justice Evans.
Justices FitzGerald and Fillmore
participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
    It is **ORDERED** that appellee MIDWAY COLLECTIONS/NATIONWIDE
RECOVERY SYSTEMS recover its costs of this appeal from appellants MICHAEL HALLER,
HHT LIMITED LLC, AND NRG & ASSOCIATES, LLC.

Judgment entered this 11th day of April, 2014.

/ David Evans/
DAVID EVANS
JUSTICE